COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LAWRENCE WENDELL FEW, | § | No. 08-06-00207-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th Judicial District Court |
| | § | |
| CATHERINE JEANNE FEW, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2003CM4130) |
| | § | |

## MEMORANDUM  OPINION

This appeal is before the Court on its own motion for determination whether the case should be dismissed for want of prosecution.  Finding that Appellant has not paid the fee for the filing of the clerk's record, nor shown himself entitled to a free appellate record, we dismiss the appeal for want of prosecution.

Appellant filed a notice of appeal on July 25, 2006.  Appellant has not paid for, or arranged for payment for the clerk's record in this appeal.  The Texas Rules of Appellate Procedure provide that while it is the district clerk's responsibility to prepare the record, the appellant must either pay for the preparation of the record, or show himself entitled to appeal without paying the fee.  *See* TEX.R.APP.P. 35.3(a)(2).  If a clerk's record is not filed because the appellant has failed to pay the fee for preparing the record, we may, after giving the appellant reasonable opportunity to cure, dismiss the appeal on our own motion.  TEX.R.APP.P. 37.3(b).

By letter dated October 16, 2008, the clerk of this Court notified Appellant in writing of our intent to dismiss this appeal for want of prosecution due to his failure to arrange for payment

and filing of the clerk's record, unless, within ten days of the date the notice, any party could show grounds for continuing the appeal. Appellant has not responded. Accordingly, we hereby dismiss this appeal for want of prosecution. TEX.R.APP.P. 37.3(b).

November 25, 2008

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Carr, JJ.
McClure, J., Not Participating